**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 164 MAL 2020

            Respondent                  :

                                       :    Petition for Allowance of Appeal

                                       :    from the Order of the Superior Court

            v.                        :

                                       :

JAMIE L QUINN,                     :

                                       :

            Petitioner                 :

## ORDER

**PER CURIAM**

       **AND NOW**, this 15th day of September, 2020, the Petition for Allowance of Appeal is **DENIED**.